Bormann v. Thiele, Motz & Co.

No. 2348.—R. Bormann v. Thiele, Motz & Co.

23a 495|
52 2109|

A person who makes a contract with a mercantile house or firm to act in the capacity of clerk and book-keeper in the store for a fixed rate, or price, and for a fixed period of time, on being discharged by his employers before the expiration of the time agreed upon, without any just cause therefor, is entitled to sue for and recover his wages for the entire time of his employment

APPEAL from the Sixth District Court, parish of Orleans. *Cooley, J. E. D. Craig*, for plaintiff and appellee. *O. E. Schmidt*, for defendants and appellants.

Howell, J. This case presents the questions of fact, whether or not plaintiff was employed as clerk by the year, and defendants had good cause to discharge him.

After an examination of the evidence, we concur in the conclusion of the district judge, that he was so employed, and that he was discharged without sufficient cause.

The positive testimony of plaintiff, as to the term of the engagement is supported by the letter of the defendants, informing him of their decision *to reduce his salary* from $1500 to $1000 per annum, which also shows that the only reason for this reduction was to curtail expenses. Because of plaintiff's refusal to acquiesce therein, he was discharged.

This view of the case renders it unnecessary to consider the bills of exception in the record.

Judgment affirmed.